Term, New York County. Action by Marie Dudley against Edward Dudley. From an order granting defendant's motion to dismiss the action and to vacate all proceedings, plaintiff appeals. Reversed, and motion denied. Lemuel Skidmore, Jr., of New York City, for appellant. Alfred Beekmann, of New York City, for respondent.

PER CURIAM. It is clear that the court has jurisdiction of the cause of action, and nothing appears to justify the court in refusing to continue jurisdiction. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. Order filed.

DUNN, Appellant, v. McMULLEN, SNARE & TRIEST, Inc., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Raymond Dunn against McMullen, Snare & Triest, Incorporated. C. Trosk, of New York City, for appellant. J. R. Halsey, of New York City, for respondent. Order affirmed, with costs. Order filed.

DUNN v. RUPPERT. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Michael Dunn, Jr., an infant, etc., against Jacob Ruppert. No opinion. Motion denied, with $10 costs. Order filed. See, also, 166 App. Div. 390, 151 N. Y. Supp. 662.

DURYEA, Respondent, v. MONACO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Charles W. Duryea against Pasquale Monaco and another. No opinion. Order affirmed, with $10 costs and disbursements.

EBLING BREWING CO. v. PETER. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Ebling Brewing Company against Hermine Peter. No opinion. Application denied, with $10 costs. Order signed.

E. F. INGRAHAM ADVERTISING CO., Respondent, v. NATIONAL 5, 10 & 25 CENT MAGAZINE, Inc., Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by the E. F. Ingraham Advertising Company against the National 5, 10 & 25 Cent Magazine, Incorporated. G. J. Gruenberg, of New York City, for appellant. W. K. Dupre, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EICHLER v. FISCHER. (Supreme Court, Appellate Division, First Department. December, 1914.) Action by Lillie G. Eichler against August Fischer. No opinion. Motion granted, unless appellant complies with terms stated in order. See, also, 152 N. Y. Supp. 1109.

EISEN et al. v. BAUDOINE et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Louis Eisen and another against Charles A. Baudoine and another. No opinion. Application granted. Order signed.

EISENBERG v. SCHUCHMAN. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Israel H. Eisenberg against George Schuchman. No opinion. Application denied, with $10 costs. Order signed.

ELLIOTT, Respondent, v. BEVANS, Appellant, et al. (two cases). (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Fred P. Elliott against Lyman H. Bevans, impleaded with the Elliott Land Corporation and others. No opinion. Motion granted, unless within 30 days the appellant serves upon the respondent's attorney printed papers and pays $10 costs of this motion, in which case motion is denied.

ENGEL, Appellant, v. JAMES D. WARREN'S SONS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by Louis Engel, Jr., against the James D. Warren's Sons Company. No opinion. Judgment affirmed, with costs.

ENTERPRISE METAL BEDSTEAD CO. v. GATELY FURNITURE CO. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by the Enterprise Metal Bedstead Company against the Gately Furniture Company. No opinion. Motion for stay denied, with $10 costs.

ERICSON, Appellant, v. BRADLEY CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Samuel Ericson, as administrator, against the Bradley Contracting Company. H. L. Slobodin, of New York City, for appellant. F. L. C. Keating, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 169.

ESCOTT, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Alice E. Escott, as administratrix, etc., against the National Surety Company. No opinion. Judgment affirmed, with costs.

ETTLINGER et al., Appellants, v. KRAMER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Elsie H. Ettlinger and others against Albert J. Kramer and others, impleaded, etc. A. S. Bacon, of New York City, for ap-